**No. 50394.**—Protests 107801–K, etc., of Traders Distributing Co. et al. (San Francisco, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.